IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30507
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

CYNTHIA JOHNSON,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 94-88-B-M1
- - - - - - - - - -
October 23, 1996

Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

Cynthia Johnson appeals her sentence for conspiracy and possession of cocaine with intent to distribute.  The district court granted the Government's motion for downward departure based on Johnson's substantial assistance and imposed a sentence below the statutory minimum.  Johnson argues that the district court should have considered the factors cited in U.S.S.G. § 5K2.12 in determining the extent to which it would reduce her

_____

[*]  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

sentence below the statutory minimum.  We have reviewed the record and the briefs of the parties and hold that the district court did not err in sentencing Johnson.  <u>United States v. Cerverizzo</u>, 74 F.3d 629, 633 (5th Cir. 1996).

AFFIRMED.